FRANCIS M. REED, as Administrator, etc., of DAVID H. REED, Deceased, Respondent, v. JAMES C. DAVIS, Director-General of Railroads, etc., Appellant. — Judgment and order affirmed, with costs. All concur, except Sears, J., who

dissents and votes for reversal on the law on the question of assumed risk. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.